STATE of Missouri, Respondent,

v.

Frederick M. SCHULTZ, Appellant.

No. WD 39521.

Missouri Court of Appeals, Western District.

Aug. 9, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied Nov. 15, 1988.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., L. Timothy Wilson, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from jury convictions for three counts of sodomy, in violation of § 566.060, RSMo 1986.

Judgment affirmed. Rule 30.25(b).